1  STEVEN G. KALAR
   Federal Public Defender
2  HANNI M. FAKHOURY
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  Telephone: (510) 637-3500
   hanni_fakhoury@fd.org
5

6  Attorneys for JOSE TAVIZON-RUIZ

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11 | UNITED STATES OF AMERICA,        ) NO. CR 16-00081-JD
                                      )
12 |                       Plaintiff, ) STIPULATION AND [PROPOSED] ORDER
                                      ) TO VACATE MAY 12, 2016 STATUS
13 |       v.                         ) HEARING, SET CHANGE OF PLEA
                                      ) HEARING ON MAY 26, 2016 AND
14 | JOSE ARMANDO TAVIZON-RUIZ,       ) EXCLUDE TIME UNDER THE SPEEDY
                                      ) TRIAL ACT
15 |                       Defendant. )
                                      )
16                                    ) Hearing Date: May 12, 2016
                                      ) Time:         10:30 a.m.
17                                    )

18     Mr. Tavizon-Ruiz is charged in a one count indictment with illegal re-entry after deportation

19 in violation of 8 U.S.C. § 1326. A status hearing is set for May 12, 2016 at 10:30 a.m. The parties

20 have reached a plea agreement and request the Court vacate the status hearing and reset it to a change

21 of plea hearing to be held on May 26, 2016 at 9:30 a.m.

22     The parties also agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. §

23 3161, between May 12 and May 26, 2016. The Court has already excluded the time between Mr.

24 Tavizon-Ruiz's arraignment on March 4, 2016 and the status hearing set for May 12, 2016 for the

25 effective preparation of counsel taking into account the exercise of due diligence.

26

27

28

| | |
|---|---|
| DATED:   May 9, 2016 | /S/<br>HANNI M. FAKHOURY<br>Assistant Federal Public Defender |
| DATED:   May 9, 2016 | /S/<br>ERIN CORNELL<br>Special Assistant United States Attorney |

## ORDER

For the reasons stated above, the Court hereby VACATES the status hearing in this case set for May 12, 2016 at 10:30 a.m. and sets the matter for a change of plea hearing on May 26, 2016 at 9:30 a.m.

The Court further finds that good cause exists to exclude time between May 12, 2016 and May 26, 2016 under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), to allow for effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence.

**IT IS SO ORDERED.**

DATED:  May 10, 2016

IT IS SO ORDERED
Judge James Donato